**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

FILED
RICHARD W. NAGEL
2024 JAN -9 AM 11: 36
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:24-cr-0002 |
| Plaintiff, | : | **INDICTMENT** |
| v. | : | 18 U.S.C. § 922(g)(1) |
| | : | **FORFEITURE** |
| **SHONNTE TREMAIL CANNADA,** | : | |
| Defendant. | : | MICHAEL J. NEWMAN |

**THE GRAND JURY CHARGES:**

## COUNT ONE

**[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]**

On or about December 7, 2023, in the Southern District of Ohio, defendant **SHONNTE TREMAIL CANNADA**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One of this Indictment, defendant **SHONNTE TREMAIL CANNADA** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- A Beretta, model PICO, .380 caliber semi-automatic handgun, serial number PC002841, with magazine and ammunition;
- A Sig Sauer, model P365, 9mm caliber, semi-automatic handgun, serial number 66B673769, with magazine and ammunition;
- A Diamond Back, model DB-15, multi caliber (.223 & 5.56), semi-automatic handgun, serial number DB1538341, with magazine and ammunition; and
- Romarm/Cugir-Ru, Mini Draco, 7.62x39mm caliber, semi-automatic handgun, serial number ROA21AMD27104, with magazine and ammunition.

A TRUE BILL

_____
FOREPERSON

KENNETH L. PARKER
United States Attorney

*Elizabeth M Cormick*
ELIZABETH L. MCCORMICK
Assistant United States Attorney