UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                    Case No. 3:24-cr-2

vs.

SHONNTE CANNADA,                        District Judge Michael J. Newman

    Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR RETURN OF PROPERTY (Doc. No. 19)**

This criminal case is before the Court on Defendant Shonnte Cannada's motion for return of property. Doc. No. 19. Defendant requested the return of an "iPhone 7 with orange encasing," an "iPhone 15 Pro Max (Blue)," "two black flip phones," "one iPhone charger," and "approximately $819.00 in cash." *Id.* at PageID 44. The Court ordered the Government to file a memorandum in opposition, if any, by June 12, 2024. Doc. No. 28. Because the Government did not file an opposition, Defendant's motion is unopposed.

For good cause shown, and absent objection by the Government, the Court **GRANTS** Defendant's motion and **ORDERS** that Defendant's iPhone 7 with orange encasing, iPhone 15 Pro Max (Blue), two black flip phones, one iPhone charger, and approximately $819.00 in cash be returned to him forthwith. Defendant and the United States Marshals Service shall confer and agree on an appropriate, lawful, and timely course for the return of Defendant's property within the next thirty (30) days.

    **IT IS SO ORDERED.**

    <u>January 10, 2025</u>                                      s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge

cc: United States Marshals Service