**MEMORANDUM**

[redacted]

**To:** The Honorable Michael J. Newman
U. S. District Court Judge

**From:** Daniel R. Flanagan
United States Probation Officer

**Re:** CANNADA, Shonnte
Case No. 3:24-CR-02

**Date:** September 3, 2026

**<u>REQUEST FOR TRAVEL OUT OF THE UNITED STATES</u>**

Shonnte Cannada appeared before Your Honor on August 6, 2025, for sentencing on one count of Felon in Possession of a Firearm. Mr. Cannada was sentenced to time served followed by five years of probation. Mr. Cannada began his term of probation on August 6, 2025.

Mr. Cannada is in compliance with the conditions of his supervision and has paid his financial obligations to the Court in full. All drug tests have yielded negative results for illegal drugs. Mr. Cannada is also employed full-time at Norwood Medical, LLC. Mr. Cannada is requesting travel out of the country for a family vacation on an Eastern Caribbean cruise. Mr. Cannada would be traveling with his wife and son from February 20, 2027, to February 28, 2027. A recent record check was conducted which revealed no new arrests or convictions for Mr. Cannada.

This officer does not have any objections regarding the travel request. Based on the fact that Mr. Cannada has remained compliant on supervision and has no outstanding debt to the Court, it is respectfully recommended he be permitted to travel on the Eastern Caribbean cruise for a family vacation. If Your Honor approves, please indicate below in the appropriate space. If further information is needed, or there are any questions, please feel free to contact this officer at 937-512-1461.

Respectfully submitted,

Daniel R. Flanagan
U. S. Probation Officer
937-512-1461

__✓__ Approve

_______ Not Approve

s/ *Michael J. Newman*
Signature of Judicial Officer

9/3/2026
Date